**PARKER & CARMODY, LLP**
ATTORNEYS AT LAW
850 THIRD AVE
14TH FLOOR
NEW YORK, N. Y. 10022

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA COOPER

TELEPHONE: (212) 239-9777
FACSIMILE:  (212) 239-9175
Email: DanielParker @ aol.com

September 17, 2018

**By ECF**
Hon. Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Juan Romero-Granados**
**S3 16 Cr 324 (ALC)**

Dear Judge Carter:

I represent Juan Romero-Granados ("the defendant") in the above-captioned matter.

I write requesting that the Court allow Glen McGorty to stand in for me at the conference which is scheduled for Thursday at 12 p.m.

I have three conferences that day in the SDNY in White Plains.

Thank you for your consideration in this matter.

Very truly yours,

Daniel S. Parker

cc: G. McGorty (by email)