MEMO ENDORSED

LAW OFFICES
# DAVID S. GREENFIELD
100 LAFAYETTE STREET • SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350
TELECOPIER (212) 571-5507

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-17-19

December 17, 2019

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Filed on ECF and
via email to ALCarterNYSDChambers@nysd.uscourts.gov

Re: *United States v. Juan Romero-Granados*; 16 Cr. 324 (ALC); request to adjourn current sentencing date

Dear Judge Carter:

We represent Mr. Juan Romero-Granados pursuant to the Criminal Justice Act. Mr. Romero-Granados is currently scheduled to be sentenced by Your Honor on January 22, 2020. We write to seek an adjournment so that we can continue to gather information for Your Honor to consider for sentencing purposes from our client and his family who reside in Mexico. We have spoken to the Government and they consent to this request.

After speaking with Chambers, we request that Your Honor reschedule Mr. Romero-Granados' sentencing for either February 19 or February 20, 2020 in the afternoon, when we understand the Court is available. Counsel is also available on those dates and times.

Application granted. Sentencing adjourned to 2-20-20 at 2:00 p.m.
So Ordered.
/s/ Andrew L. Carter
12-17-19

Very Truly Yours,

David S. Greenfield /ss
David S. Greenfield