MEMO ENDORSED

# DAVID S. GREENFIELD
ATTORNEY AT LAW
100 LAFAYETTE STREET · SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-20-21

May 18, 2021

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Filed on ECF and
via email to ALCarterNYSDChambers@nysd.uscourts.gov

Re: *United States v. Juan Romero-Granados*; 16 Cr. 324 (ALC); request to adjourn sentencing date

Dear Judge Carter:

    We represent Mr. Juan Romero-Granados pursuant to the Criminal Justice Act. Mr. Romero-Granados' sentencing is currently scheduled for June 9, 2021. We write to request an adjournment until later in the Fall of this year. This adjournment will allow us to meet with our client in person to prepare him for sentencing, which has been challenging given the ongoing COVID-19 pandemic, and to seek his input as we prepare our submissions. We have consulted with AUSA Jacqueline Kelly and the Government has no objection to this request.

Very Truly Yours,

/s/ David S. Greenfield

The application is granted. Sentencing adjourned to 10-21-21 at 2:00 p.m.
So Ordered.
/s/ Andrew L. Carter
5-20-21