**MEMO ENDORSED**

# DAVID S. GREENFIELD
ATTORNEY AT LAW
100 LAFAYETTE STREET · SUITE 502
NEW YORK, N.Y. 10013
(212) 481-9350

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/30/21

November 24, 2021

Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
United States District Court
40 Foley Square
New York, NY 10007

Filed on ECF and
via email to ALCarterNYSDChambers@nysd.uscourts.gov

Re: *United States v. Juan Romero-Granados*; 16 Cr. 324 (ALC); request to adjourn sentencing date

Dear Judge Carter:

      We represent Mr. Juan Romero-Granados pursuant to the Criminal Justice Act. Mr. Romero-Granados' sentencing is currently scheduled for December 14, 2021. Both myself and associate counsel assigned to this case, Sarah Sacks, are currently on trial in front of Judge Stein. We had expected this trial to be finished well before the current sentencing date, but the start of the trial had been postponed and now, given the Thanksgiving holiday and other scheduling issues, it is not expected to finish until the week of December 14th. For this reason, we respectfully request an adjournment until the week of January 17th at a time when the Court is available. This adjournment will allow us to prepare for Mr. Romero-Granados' sentencing once our trial is over and avoids a filing schedule that would require us to file his sentencing submission during the weeks of the Christmas and New Years holidays.

Very Truly Yours,

/s/ David S. Greenfield

The application is **GRANTED.** The sentencing is adjourned to 1/18/22 at 12 p.m.
So Ordered.

*/s/ Andrew L. Carter*
11/30/21