USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-13-22_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

United States of America,

                                  **ORDER**

                                  16-CR-324 (ALC)

          -against-

Juan Romero-Granados,

----------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The sentencing set for January 18, 2022 is adjourned to **February 8, 2022** at **3:30 p.m.**

    SO ORDERED.

Dated: New York, New York
       January 13, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE