USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-9-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Plaintiff,

    -against-                                 16-CR-324 (ALC)

JUAN ROMERO-GRANADOS,                     **ORDER**

                      Defendant.

-----------------------------------------------------------------x

ANDREW L. CARTER, JR., District Judge:

    The March 8, 2022 sentencing is adjourned to **March 29, 2022** at **3:30 p.m.**

SO ORDERED.

Dated:    New York, New York
           February 9, 2022

                                              ANDREW L. CARTER, JR.
                                              United States District Judge