```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-31-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                          **ORDER**
                          16-CR-324 (ALC)

-against-

Juan Romero-Granados,

-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing scheduled for March 29, 2022 is adjourned to **April 21, 2022** at **12:00 p.m.**

    SO ORDERED.

Dated: New York, New York
         March 31, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE