UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
United States of America,

                              **ORDER**

                              16-CR-324 (ALC)

              -against-

Juan Romero-Granados,
------------------------------------------------------------X
**ANDREW L. CARTER, JR., United States District Judge:**

    Today's Sentencing is adjourned to **May 3, 2022** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       April 21, 2022

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**